585 A.2d 346
STATE OF NEW JERSEY v. GARY MOTON.

July 10, 1990.

Petition for certification denied.

585 A.2d 346
STATE OF NEW JERSEY v. SHERLON COLCLOUGH.

July 10, 1990.

Petition for certification denied.

585 A.2d 346
STATE OF NEW JERSEY v. ALBIRTHA JOHNSON.

July 10, 1990.

Petition for certification denied.

585 A.2d 346
STATE OF NEW JERSEY v. LYNN WIGGINS.

July 10, 1990.

Petition for certification denied.